**No. 55351.**—Joseph Victori & Co., Inc. *v.* United States, protest 146319–K (Philadelphia).

Opinion by JOHNSON, J. "Following the authorities cited in Abstract 15400 the court dismissed the protest.